149 A.3d 549

**COLKLEY**

v.

**LEVITAS**

Pet. Docket No. 383, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 70, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

149 A.3d 549

**CONOVER**

v.

**FISHER**

Pet. Docket No. 331, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 2122, Sept. Term, 2014).

Petition for writ of certiorari denied.